MICHAEL J. PASQUALE, ESQ.
146 Rea Avenue
Hawthorne, New Jersey 07506
(973) 423-0909
Attorney for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ENTERPRISE OUTDOOR ADVERTISING L.L.C.<br><br>Plaintiff<br><br>v.<br><br>ZONING BOARD OF ADJUSTMENT OF THE BOROUGH OF HAWTHORNE AND BOROUGH OF HAWTHORNE, a Municipal Corporation of the State of New Jersey<br><br>Defendant | Civil Action No. 08-3322<br><br>SCHEDULING ORDER |

THIS MATTER coming before the Honorable Stanley R. Chesler, on April 5, 2011, for a Status Conference, Reginald Jenkins, Jr. Esq. of Price, Meese, Shulman & D'Arminio, Esqs., appearing on behalf of the plaintiff and Michael J. Pasquale, Esq., appearing on behalf of the defendants, and the matter having been heard and good cause being shown,

IT IS on this 15th day of April, 2011, ORDERED AS FOLLOWS:

1. Plaintiff shall submit its motion for summary judgment and brief by May 5, 2011.

2. Defendants shall submit any opposition briefs and cross-applications by June 6, 2011.

3. Plaintiff shall submit any reply by June 27, 2011.

4. Defendants shall submit any response to the reply by July 8, 2011.

       5. A copy of this Order shall be served upon all parties within seven (7) days of the date hereof.

*/s/ Michael A. Shipp*
Michael A. Shipp
**United States Magistrate Judge**